UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

RECEIVED

2008 FEB 28 A 3:20

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 08mj0501 |
| Plaintiff | ORDER |
| vs. | RELEASING MATERIAL WITNESS |
| Navarrete-Rubio | Booking No. |
| Defendant(s) |  |

On order of the United States District/Magistrate Judge, **WILLIAM McCURINE, JR.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Munguia-Pineda

DATED: 2/28/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk