# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
         Plaintiff      )
                   )
         vs.          )
                   )
Rosendo Navarrete-Rubio   )
       Defendant(s)    )
                   )

CRIMINAL NO. _08 CR 595 JAH_

ORDER

RELEASING MATERIAL WITNESS

Booking No. _35562198_

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Joselyn Alavez-Velasco

DATED: _3·4·08_

RECEIVED _____
              DUSM

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
          Deputy Clerk