```
                                          FILED

                                      08 APR -2 PM 12:16

                                      CLERK, U.S. DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                              BY_____
                                                       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE WILLIAM McCURRINE, JR.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 08CR0595JAH |
| Plaintiff, | ) MAGISTRATE NO. 08MJ0501 |
| -vs- | ) ORDER TO |
| | ) EXONERATE BOND FOR |
| NAVARRETE-RUBIO, | ) MATERIAL WITNESS |
| Defendants. | ) MARIA MUNGIA-PINEDA |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bonds deposited on behalf of the Material Witness, MARIA MUNGIA-PINEDA is exonerated and all monies deposited for her bond is to be returned to the surety listed in the financial office of the Clerk - to wit:

MARGARITA MORAN
740 E. Cypress Avenue
Visalia, CA 93292

SO ORDERED:

DATED: 4/2/08

_____
HONORABLE WILLIAM McCURINE, JR.
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT