```
                              FILED
                           08 APR -8 PM 3:11
                        CLERK, U.S. DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA

                     BY:  ⟋            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE WILLIAM McCURRINE, JR.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 08CR0595JAH |
| | ) MAGISTRATE NO. 08MJ0501 |
| Plaintiff, | ) |
| | ) ORDER TO |
| -vs- | ) EXONERATE BOND FOR |
| | ) MATERIAL WITNESS |
| NAVARRETE-RUBIO, | ) |
| | ) JOSELYN ALVES-VELASCO |
| Defendants. | ) |
| | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bonds deposited on behalf of the Material Witness, JOSELYN ALVES-VELASCO is exonerated and all monies deposited for her bond is to be returned to the surety listed in the financial office of the Clerk - to wit:

PAULA GARCIA
11130 Kauffman Street
El Monte, CA 91731

SO ORDERED:

DATED: 4/8/08

_____
HONORABLE WILLIAM McCURRINE, JR.
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT